Nasir Abdul Ali
Reg. No. 09596-042
FCC-Yazoo City Medium
P.O. Box 5000
Yazoo City, MS 39194-5000

IN PRO PER

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| NASIR ABDUL-ALI a/k/a DONALD RAY REED, Petitioner, § § § v. § UNITED STATES OF AMERICA, § Respondent. § | CASE NO. 4:05-cr-00045-GHD-DAS |

### NOTICE OF APPEAL

COMES NOW, Petitioner, Nasir Abdul Ali, acting in pro per (pro se), respectfully submits this NOTICE OF APPEAL, in regards to the JUDGE'S ORDER, dated August 21, 2019 and received at this FCC-Yazoo City Medium on August 30, 2019, pursuant to all Federal Rules, Regulations and Procedures in conjunction with

THIS NOTICE OF APPEAL IS TIMELY.

RESPECTFULLY SUBMITTED on this 30 day of August, 2019.

_Nasir Abdul-Ali_
Nasir Abdul Ali
Petitioner/IN PRO PER
Affiant

RECEIVED
SEP 0 6 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# CERTIFICATE OF SERVICE

I, Nasir Abdul Ali _____ hereby certify that I have served a true and correct copy of the following:

NOTICE OF APPEAL

This ACTION is deemed filed at the time it was delivered to prison authorities for forwarding, [see *Houston v. Lack*, 101 L.Ed.2d 245 (1988)], upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said MOTION/PETITION(s) in a sealed, postage pre-paid envelope addressed to:

US District Court
Northern District of Mississippi
US Courthouse
Clerk of the Court

This LEGAL ACTION was deposited in the United States Mail at the FCC-Yazoo City Legal Mail Room, located in Yazoo City, Mississippi. I declare, under penalty of perjury, that the foregoing is true and correct, pursuant to *28 U.S.C. § 1746*.

EXECUTED and SIGNED on this 3 day of September, 2019.

*Nasir Abdul-Ali*
Nasir Abdul-Ali
Petitioner/IN PRO PER /Affiant/Defendant
Reg. No.   09596-042
FCC-Yazoo City Medium
PO Box 5000
Yazoo City, MS 39194-5000

- 2 -

Nasir Abdul-Ali
Reg. No. 09596-042
FCI Yazoo City (Medium)
FEDERAL Correctional complex
P.O. Box 5000
Yazoo City, MS 39194

X-RAYED

Legal Mail

United States District Court
Clerk of Court
911 Jackson Ave. East
Oxford, MS 38655

38655-362294